IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                      Crim. Action No.: 1:20CR20-6
                                       (Judge Kleeh)

CHARLES CLINT GAINES,

        Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 180], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

On January 26, 2021, the Defendant, Charles Clint Gaines ("Gaines"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count Twenty-Six of the Superseding Indictment, charging him with Possession with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(c). Gaines stated that he understood that the magistrate judge is not a United States District Judge, and Gaines consented to pleading before the magistrate judge. This Court referred Gaines's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

USA v. GAINES                                                    1:20-CR-20-6

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 180], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

Based upon Gaines's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Gaines was competent to enter a plea, that the plea was freely and voluntarily given, that Gaines was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 180] finding a factual basis for the plea and recommending that this Court accept Gaines's plea of guilty to Count Twenty-Six of the Superseding Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither Gaines nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 180], provisionally **ACCEPTS** Gaines's guilty plea, and **ADJUDGES** him **GUILTY** of the crime charged in Count Twenty-Six of the Superseding Indictment.

2

USA v. GAINES                                                    1:20-CR-20-6

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 180],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 <u>et</u> <u>seq</u>., the Court **ORDERS** the following:

1.   The Probation Officer shall undertake a presentence investigation of Gaines, and prepare a presentence investigation report for the Court;

2.   The Government and Gaines shall each provide their narrative descriptions of the offense to the Probation Officer by **March 10, 2021**;

3.   The presentence investigation report shall be disclosed to Gaines, his counsel, and the Government on or before **May 10, 2021**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4.   Counsel may file written objections to the presentence investigation report on or before **May 24, 2021**;

3

USA v. GAINES                                                    1:20-CR-20-6

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 180],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

5.    The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **June 7, 2021;** and

6.    Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before, **June 11, 2021.**

The magistrate judge remanded Defendant to the custody of the United States Marshals Service.

The Court will conduct the **Sentencing Hearing** for Gaines on **June 18, 2021,** at **1:00 p.m.,** at the **Clarksburg, West Virginia** point of holding court.  If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED.**

**USA v. GAINES**                                                      **1:20-CR-20-6**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 180],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

---

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: February 23, 2021

                              /s/ Thomas S. Kleeh
                              THOMAS S. KLEEH
                              UNITED STATES DISTRICT JUDGE